AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lynch, Gerard E. | 2. Court or Organization<br><br>US District Court - SDNY | 3. Date of Report<br><br>05/08/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>500 Pearl St.<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Professor of Law | Columbia University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 12 A 9: 44
FINANCIAL DISCLOSURE OFFICE
RECEIVED

Lynch_Gerard_E

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/1/08 | Columbia University | $24,495.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1/08 | Flushing Hospital |
| 2. 1/1/08 | Private practice of psychotherapy |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. American Law Institute | April 24-25 | Philadelphia, PA | Meeting of Advisors | transportation, lodging, meals |
| 2. Yale Univeristy | May 2 | New Haven, CT | Teaching Class | transportation |
| 3. University of California-Santa Barbara | May 28-June 2 | Santa Barbara, CA | Law and Neuroscience Conf | transportation, lodging, meals |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lynch, Gerard E. | 05/08/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank accounts | A | Interest | L | T | | | | | |
| 2. Merrill Lynch Money Market | B | Dividend | L | T | | | | | |
| 3. Bank CD | A | Interest | | | Redeemed | 5/23 | J | | |
| 4. Ameriprise Money Market | A | Interest | J | T | | | | | formerly H&R Block |
| 5. New York NY FSA-CR | A | Interest | K | T | | | | | |
| 6. New York St PWR AT RV | A | Interest | | | Redeemed | 2/15 | K | | |
| 7. Blackrock NY Muni Inc. Tr. | A | Dividend | J | T | | | | | |
| 8. Gabelli Utility Trust PFD | A | Dividend | J | T | | | | | |
| 9. ING Savings Account | A | Interest | J | T | | | | | |
| 10. Nicholas Applegate Con. Fd. | A | Dividend | J | T | | | | | |
| 11. ING Clarion Global Equity Fund | A | Dividend | J | T | | | | | |
| 12. PIMCO NY Muni Fnc Fd. | A | Dividend | J | T | | | | | |
| 13. Blackrock Global Allocation B | A | Dividend | K | T | | | | | |
| 14. Triborough BTA Bonds | | None | K | T | | | | | |
| 15. Alliance Bernstein Gr/Inc. Fund A&B | A | Dividend | J | T | | | | | |
| 16. Eaton Vance Enhanced Equity Fd | A | Dividend | J | T | | | | | |
| 17. Eaton Vance Tax Managed Global Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nuveen Municipal Value | A | Dividend | K | T | | | | | |
| 19. Oppenheimer Main St A | A | Dividend | K | T | | | | | |
| 20. PIMCO Floating Rate Strategy FD | A | Dividend | J | T | | | | | |
| 21. Growth Fund Amer. Inc. | A | Dividend | J | T | | | | | |
| 22. Putnam Health Serv Tr Cl B | A | Dividend | | | Sold | 6/10 | J | | |
| 23. Putnam Intl Gr Fund | A | Dividend | K | T | | | | | |
| 24. Seligman Lg Cap Val Cl B | | None | | | Sold | 6/3 | K | C | |
| 25. Alpine Total Dynamic Div. Fd. | B | Dividend | J | T | | | | | |
| 26. AIM Tax Free Int Shares | A | Dividend | J | T | | | | | |
| 27. Eaton Vance Floating Rate Inc. Tr. | A | Dividend | J | T | | | | | |
| 28. Rochester Muni Fd Cl A | C | Dividend | L | T | | | | | |
| 29. Templeton Dev. Mkt. Trust A | A | Dividend | J | T | | | | | |
| 30. Yonkers NY Indl Dev. Agency | A | Interest | K | T | | | | | |
| 31. Rydex Ser Tr. Juno Fd. | B | Dividend | J | T | | | | | |
| 32. NYS Trasn Fin | B | Interest | K | T | | | | | |
| 33. Allianz NFJ Dividend | A | Dividend | | | Sold | 11/17 | J | | |
| 34. Franklin Utilities | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Washington Mutual Bank CD | A | Interest | | | Redeemed | 8/18 | K | | |
| 36. Nuveen Tx Free Unit TRINSD | A | Interest | | | Sold | 2/15 | J | | |
| 37. SunAmerica New Century. Fd. A | | None | J | T | | | | | Formerly Strat. Inv. Fund |
| 38. TIAA-CREF | | None | O | T | | | | | |
| 39. Franklin Income Fd C | A | Dividend | J | T | | | | | |
| 40. Pioneer Fd. Cl B | | None | | | Sold | 4/27 | K | | |
| 41. First Bank PR CD | A | Interest | | | Redeemed | 2/21 | J | | |
| 42. ING Risk Managed Nat. Res. Fd. | A | Dividend | J | T | | | | | |
| 43. Federated Intl Small Co Fd | | None | | | Sold | 6/16 | J | A | |
| 44. Sovreign Bank CD | | None | | | Redeemed | 1/2 | J | | |
| 45. Nuveen Global Fd. | A | Dividend | J | T | | | | | |
| 46. NYC Bonds | A | Interest | J | T | | | | | |
| 47. Port Authority Bonds | A | Interest | J | T | | | | | |
| 48. NYS Dorm Auth Bonds | B | Interest | K | T | | | | | |
| 49. Hartford Corp. Apprec. Fd. | | None | J | T | | | | | |
| 50. Fidelity Adv. Div. Intl. | A | Dividend | J | T | | | | | |
| 51. Lord Abbett Secs. Trust | | None | | | Sold | 11/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lord Abbett High Yield Muni | A | Dividend | | | Sold | 11/17 | J | | |
| 53. Fidelity Adv. High Income | A | Dividend | | | Sold | 11/10 | J | | |
| 54. Metro Trans Auth NY | B | Interest | L | T | Buy | 2/19 | K | | |
| 55. Metro Trans Auth NY | B | Interest | L | T | Buy | 11/6 | K | | |
| 56. Lord Abbett NY TIF | A | Interest | J | T | Buy | 11/7 | J | | |
| 57. PIMCO Long-term US GOVT | A | Interest | J | T | Buy | 11/6 | J | | |
| 58. Putnam Amer-govt Income FD | A | Interest | J | T | Buy | 11/7 | J | | |
| 59. Seligman NY Muni FD | B | Interest | K | T | Buy | 11/6 | K | | |
| 60. JP Morgan Chase CD | A | Interest | K | T | Buy | 8/18 | J | | |
| 61. Fidelity Adv. Govt Income FD | A | Interest | J | T | Buy | 10/27 | J | | |
| 62. Franklin US Govt Sel FD | A | Dividend | K | T | Buy | 11/7 | K | | |
| 63. Lord Abbett Short Duration Income FD | A | Dividend | J | T | Buy | 11/7 | J | | |
| 64. Amer. Exp. Cent Bk CD | A | Interest | K | T | Buy | 11/11 | K | | |
| 65. Hartford US Govt Sel FD | A | Dividend | J | T | Buy | 11/7 | J | | |
| 66. Rental Property, New York, NY (2002, $272,500) | C | Rent | N | R | | | | | see Part VIII |
| 67. Advisers Disciplined Trust Unit 226 | B | Dividend | J | T | Buy | 2/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/08/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Part VII, Line 66: Apartment purchased in 2002 for ▮▮▮▮▮▮▮ use; began to receive rental income in 2008.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544